UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KATREEN LOMBARDO,

                                **Plaintiff,**                        20-CV-10336 (VSB)(VF)

      -against-                                           **ORDER**

CAMUTO GROUP LLC,

                                **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 30, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:      New York, New York
                May 3, 2022

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge