```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KATREEN LOMBARDO,

                              Plaintiff,                      20-CV-10336 (VSB)(VF)

        -against-                                    **ORDER**

CAMUTO GROUP LLC,

                              Defendant.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A Case Management Conference in this matter is hereby scheduled for **Thursday, July 21, 2022, at 3:00 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**  Defendant is directed to respond to Plaintiff's letter motion, ECF No. 58, by July 8, 2022, at 5:00 p.m.

SO ORDERED.

DATED:      New York, New York
                 June 28, 2022

                                                            */s/ Valerie Figueredo*
                                                      _____
                                                      VALERIE FIGUEREDO
                                                     United States Magistrate Judge