UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
KATREEN LOMBARDO, :
:
                  Plaintiff, :
:      20-CV-10336 (VSB)
        -against- :
:      **ORDER**
CAMUTO GROUP LLC, :
:
                 Defendant. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On February 22, 2021, the parties submitted a Case Management Plan and Scheduling Order. (Doc. 17.) The parties have sought several extension requests, and the deadlines in that Order are now outdated and moot. Accordingly, it is hereby:

      ORDERED that the parties submit a revised Case Management Plan and Scheduling Order on or before August 17, 2022 reflecting the current deadlines. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.

SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge