UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
KATREEN LOMBARDO,                                      :
                                                       :
                        Plaintiff,                     :
                                                       :   20-CV-10336 (VSB)
            -against-                                  :
                                                       :   **ORDER**
                                                       :
CAMUTO GROUP LLC,                                      :
                                                       :
                        Defendant.                     :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Due to a conflict on the Court's calendar, it is hereby:

ORDERED that the post-discovery conference scheduled for October 21, 2022 at 1:00 p.m. is rescheduled to October 21, 2022 at 12:30 p.m.

IT IS FURTHER ORDERED that, on or before October 19, 2022, the parties submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

SO ORDERED.

Dated: October 14, 2022
       New York, New York

                                                       _____
                                                       Vernon S. Broderick
                                                       United States District Judge