UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
KATREEN LOMBARDO,                                        :
:
                Plaintiff,       :
:      20-CV-10336 (VSB)
    -against-                                         :
:      **ORDER**
CAMUTO GROUP, LLC,                                       :
:
                Defendant.       :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Pursuant to my instructions at the post-discovery conference on October 21, 2022, it is hereby:

       ORDERED that the parties' motions for summary judgment be submitted by November 14, 2022, opposition briefs by December 5, 2022, and any reply briefs by December 12, 2022.

SO ORDERED.

Dated: October 21, 2022
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge