```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
KATREEN LOMBARDO,                                        :
                                                         :
                              Plaintiff,                 :      20-CV-10336 (VSB)
                                                         :
              -against-                                  :           ORDER
                                                         :
CAMUTO GROUP LLC,                                        :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 8, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to submit a joint letter by April 11, 2025, stating whether the parties are able to schedule trial in this case for January 20, 2026.

SO ORDERED.

Dated: April 8, 2025
      New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge