UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
KATREEN LOMBARDO, :
:
Plaintiff, :
: 20-CV-10336 (VSB)
v. :
: **ORDER**
CAMUTO GROUP LLC, :
:
Defendant. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It is hereby ORDERED that a jury trial in the above-captioned case lasting approximately five days is scheduled to begin on February 9, 2026 at 10:00 a.m.

IT IS FURTHER ORDERED that any pretrial motions, including motions in limine, are due on or before January 5, 2026, with responses due on or before January 12, 2026.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before January 26, 2026.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on February 2, 2026 at 11:00 a.m.

SO ORDERED.

Dated: April 14, 2025
       New York, New York

*[Signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge