UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                        :

KATHLEEN LOMBARDO,              :

                                 :

                     Plaintiff,    :

                                 :           20-CV-10336 (VSB)

         -against-           :

                                 :           **ORDER**

CAMUTO GROUP, LLC,          :

                                 :

                  Defendant.   :

                                 :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Trial in the above-captioned case, originally scheduled to begin on February 2, 2026, is rescheduled to begin on May 11, 2026 at 10:00 a.m.

       IT IS HEREBY ORDERED that the parties' joint proposed *voir dire* questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before April 7, 2026.  In addition, those documents should be emailed as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

       IT IS FURTHER ORDERED that any pretrial motions, including motions *in limine*, are due on or before April 14, 2026, with responses due on or before April 23, 2026.

       IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on May 4, 2026 at 2:00 p.m.

SO ORDERED.

Dated:    January 2, 2026
           New York, New York

                                        Vernon S. Broderick
                                        United States District Judge