UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
KATHLEEN LOMBARDO,                                  :
                                                    :
                              Plaintiff,            :
                                                    :              20-CV-10336 (VSB)
                -against-                            :
                                                    :              **ORDER**
CAMUTO GROUP, LLC,                                  :
                                                    :
                              Defendant.            :
                                                    :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Trial in the above-captioned case, scheduled to begin on May 11, 2026 at 10:00 a.m.,

must be rescheduled.

IT IS HEREBY ORDERED that the trial in this matter is rescheduled to May 12, 2026 at

10:00 a.m.

IT IS FURTHER ORDERED that the final pre-trial conference will remain as scheduled

for May 4, 2026 at 2:00 p.m.

SO ORDERED.

Dated:    April 8, 2026
          New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge