UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                    :
KATREEN LOMBARDO,                                   :
                                                    :
                              Plaintiff,            :
                                                    :          20-CV-10336 (VSB)
                    - against -                     :
                                                    :          **ORDER**
                                                    :
CAMUTO GROUP LLC,                                   :
                                                    :
                              Defendant.            :
                                                    :
--------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of the parties' proposed joint pretrial order, (Doc. 110, "JPTO"), as well as

Defendants' motions in limine, (Docs. 115–16).  In the JPTO, the parties noted several

objections to proposed exhibits, none of which the parties separately moved in limine to exclude.

Moreover, neither of the parties provided my Chambers with copies of the disputed exhibits.

Accordingly, it is hereby:

        ORDERED that the parties meet and confer regarding the objected to exhibits to attempt

to narrow the final set of exhibits to which an objection will be raised and discuss proposed

redactions, if any.  After the parties meet and confer, the parties shall provide my Chambers, via

e-mail, with a final list and electronic copies—including copies with proposed redactions—of the

disputed exhibits by **April 23, 2026**.

        IT IS FURTHER ORDERED that the parties meet and confer and file a proposed case

summary that I will give to the jury during voir dire by **April 23, 2026**.

SO ORDERED.

Dated:        April 15, 2026
              New York, New York

Vernon S. Broderick
United States District Judge