UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                              :

KATREEN LOMBARDO,            :

                             :

                Plaintiff,     :           20-CV-10336 (VSB)

                             :

          -against-        :            **ORDER**

                             :

CAMUTO GROUP LLC,        :

                             :

              Defendant.  :

                             :

---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District <u>Judge</u>:

      Trial in this matter is scheduled to begin on May 12, 2026.  If the parties intend on ordering nightly transcripts, they should advise the court reporters as soon as possible because it will determine the schedule of the court reporters.  The parties should be aware that if transcripts are not ordered and a need to review the transcript arises, the court reporter would be able to read the requested portion based on his or her notes.  Thus, it may be more efficient to order transcripts so that the parties and the jury may refer to the transcripts if they wish.  Accordingly, it is hereby:

      ORDERED that the parties shall submit a joint letter by tomorrow, **May 8, 2026**, regarding whether they intend to order nightly transcripts for the voir dire or the trial.

SO ORDERED.

Dated: May 7, 2026
       New York, New York

Vernon S. Broderick
United States District Judge