UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KATREEN LOMBARDO.,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :              20-CV-10336 (VSB)
                  - against -                              :
                                                           :              **ORDER**
                                                           :
CAMUTO GROUP LLC,                                          :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On April 7, 2026, I received the parties' joint proposed jury charge.  (Doc. 112.)  On May 13, 2026, I transmitted proposed jury instructions to the parties via email, attached to this Order as Exhibit A.  On May 14, 2026, I held a charge conference in this matter to discuss the proposed jury charge, at which the parties raised various objections to the proposed jury charge, all of which I resolved during the conference.  Later on May 14, 2026, after the charge conference, I transmitted the presumptively final jury charge to the parties by email, attached to this Order as Exhibit B, and requested any objections by May 14, 2026 at 9:00 p.m. EST.  Defendant submitted a further objection to the proposed jury charge.  On May 15, 2026, I held a follow-up charge conference in this matter to discuss Defendant's objection, at which the parties raised various objections to the proposed jury charge, all of which I resolved during the conference. Thus, the final version of the jury charge is attached to this Order as Exhibit C and was read to the jurors on May 15, 2026.

Moreover, it is HEREBY ORDERED that Plaintiff's motion in limine at Doc. 115 is DENIED as moot.  The Clerk of Court is respectfully directed to terminate the motion at Doc. 115.

SO ORDERED.

Dated:      May 18, 2026
            New York, New York

Vernon S. Broderick
United States District Judge