UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
KATREEN LOMBARDO.,                                      :
                                                        :
                              Plaintiff,                :
                                                        :                    20-CV-10336 (VSB)
                - against -                              :
                                                        :                    **ORDER**
                                                        :
CAMUTO GROUP LLC,                                       :
                                                        :
                              Defendant.                :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On May 15, 2026, a jury returned the verdict in Plaintiff's favor.  It is HEREBY

ORDERED that the parties shall file a joint briefing schedule for any post-trial motions by **May**

**22, 2026**.

SO ORDERED.

Dated:          May 18, 2026
                New York, New York


                                                _____
                                                Vernon S. Broderick
                                                United States District Judge