Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

Eli Z. Freedberg
Shareholder
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

The post-trial briefing schedule is as follows:
Opening brief(s) due by August 14, 2026;
Opposition brief(s) due by September 14, 2026; and
Reply brief(s) due by September 29, 2026.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/3/2026

July 31, 2026

*Via ECF*

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Lombardo v. Camuto Group LLC*, Case No. 1:20-cv-10336-VSB-VF

Dear Judge Broderick:

The undersigned counsel represents Defendant Camuto Group, LLC in the above-referenced matter. I write with Plaintiff's consent to report that the parties have made substantial progress on aligning on the terms of a proposed judgment. In order to finalize the negotiations, the parties request a third two-week extension of the briefing deadlines, set by the Court in its July 20, 2026 Memorandum Endorsement. (ECF No. 133).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eli Freedberg, Esq.
*For the Firm*

cc: All counsel of record (*via* ECF)