UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATREEN LOMBARDO,

Plaintiff,

-against-

CAMUTO GROUP, LLC,

Defendant.

Case No. 20-CV-10336 (VSB)

**~~[PROPOSED]~~ STIPULATED FINAL JUDGMENT**

WHEREAS, on May 15, 2026, following a jury trial, the jury returned a verdict in favor of Plaintiff Katreen Lombardo and against Defendant Camuto Group, LLC (the "Verdict");

WHEREAS, following the Verdict, issues remained for the Court to determine, including Plaintiff's claims for liquidated damages and prejudgment interest, as well as Plaintiff's application for attorneys' fees, costs, and expenses;

WHEREAS, before submitting post-trial briefing concerning those issues, the parties reached a negotiated resolution of all claims and issues remaining in this action and agreed to the entry of this Stipulated Final Judgment; and

WHEREAS, as part of that negotiated resolution, the parties agreed that the total amount of the Stipulated Final Judgment shall be allocated among the categories of damages and relief set forth below;

It is, therefore, **ORDERED, ADJUDGED, AND DECREED**, pursuant to the Verdict and the parties' herein Stipulation, that final Judgment is entered in favor of Plaintiff Katreen Lombardo, and against Defendant Camuto Group, LLC, in the total amount of $1,232,500.00, allocated by agreement of the parties as follows:

- $150,000.00 in unpaid commissions;
- $590,000.00 in retaliation;
- $88,650.00 in prejudgment interest for the retaliation claim; and
- $403,850.00 in attorneys' fees, costs, and expenses related to the retaliation claim.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the foregoing amounts collectively constitute the entire Stipulated Final Judgment and resolve all claims and issues in this action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall satisfy the Stipulated Final Judgment in full no later than thirty (30) days after its entry. Post-judgment interest shall accrue on the unpaid amount pursuant to 28 U.S.C. § 1961 from the date of entry until the Stipulated Final Judgment is paid in full.

The Clerk of Court is respectfully directed to enter this Stipulated Final Judgment and close this case.

**SO STIPULATED AND AGREED:**

Dated: August 14, 2026

By: ______________________________
Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 205
Garden City, New York 11530

Dated: August 14, 2026

By: ______________________
Eli Freedberg, Esq.
Littler Mendelson, P.C.
*Attorneys for Defendant*
900 Third Avenue
New York, New York 10022

**IT IS SO ORDERED.**

**Dated: August __17__, 2026**

____________________________________
**VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**